UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LONNIE L. HAGGARD,<br><br>               Petitioner,<br><br>v.<br><br>LAWRENCE G. WASDEN,<br><br>               Respondent. | Case No. 1:09-CV-54-EJL<br><br>**JUDGMENT** |

In accordance with the Order filed on this date, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this case is dismissed with prejudice. Additionally, this case is hereby ordered closed.

DATED: **August 23, 2010**

_(signature)_
~~Honora~~ble Edward J. Lodge
U. S. District Judge

JUDGMENT - 1